United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS<br>　　　　Plaintiff,<br><br>vs.<br><br>LOUIS DREYFUS COMPANY HOUSTON EXPORT ELEVATOR LLC<br><br>　　　　Defendant. | CIVIL ACTION NO. 4:19-CV-00746 |

**Stipulation and Order of Dismissal with Prejudice**

Plaintiff Port of Houston Authority of Harris County, Texas, and Defendant Louis Dreyfus Company Houston Export Elevator LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that the above-entitled action is dismissed with prejudice. Each of the parties will bear its own costs and attorneys' fees. This Court shall retain jurisdiction over this matter for the purpose of enforcing the parties' Settlement Agreement.

Dated: February 9, 2024

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING, PLLC**

/s/ *Kelsi Stayart White*
Todd W. Mensing
Sammy Ford IV
Kelsi Stayart White
Michael A. Killingsworth
Thomas Frashier
1221 McKinney Street, Suite 2500
Houston, TX 77010
713-600-4983

*Counsel for Plaintiff, Port of Houston Authority of Harris County, Texas*

**CRAVATH, SWAINE & MOORE LLP**

/s/ *Lauren A. Moskowitz*
Timothy G. Cameron
Lauren A. Moskowitz
825 Eighth Avenue
New York, NY 10019
212-474-1000

*Counsel for Defendant, Louis Dreyfus Company Houston Export Elevator LLC*

Signed on:   February 22, 2024          **SO ORDERED**: ___Drew B Tipton___
                                                        United States District Judge

2

## Certificate of Service

I hereby certify the foregoing document has been served on all counsel of record through the Court's electronic filing service.

Date:  February 9, 2024

/s/ *Lauren A. Moskowitz*
Lauren A. Moskowitz
