United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS<br>Plaintiff,<br><br>vs.<br><br>LOUIS DREYFUS COMPANY HOUSTON EXPORT ELEVATOR LLC<br><br>Defendant. | CIVIL ACTION NO. 4:19-CV-00746 |

**Stipulation and Order Discharging Supersedeas Bond**

WHEREAS, on June 3, 2022, this Court entered a judgment in favor of Plaintiff Port of Houston Authority of Harris County, Texas (the "Port") and against Defendant Louis Dreyfus Company Houston Export Elevator LLC ("LDC") in the total amount of $22,317,000 along with pre-judgment and post-judgment interest (the "Final Judgment") (ECF No. 188);

WHEREAS, on June 28, 2022, LDC requested a stay of execution of the Final Judgment pending post-judgment motions and an appeal and sought

approval of Supersedeas Bond No. 107648133 in the amount of $29,000,000 (the "Supersedeas Bond") (ECF No. 192);

WHEREAS, on June 30, 2022, the District Court approved the Supersedeas Bond (ECF No. 195);

WHEREAS, on August 17, 2022, the District Court entered an order awarding $1,502,966.51 in attorneys' fees and $95,869.36 in costs, plus post-judgment interest, $112,125 if LDC filed further post-trial motion(s) and $212,750 if LDC filed an appeal;

WHEREAS, on September 14, 2022, LDC filed a Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment and the Court's order denying LDC's post-judgment motions (ECF No. 203);

WHEREAS, on September 20, 2022, the Fifth Circuit docketed the appeal as Case No. 22-20479 (the "Appeal");

WHEREAS, on January 29, 2024, the parties executed a Settlement Agreement, the terms of which require the dismissal of the Appeal;

WHEREAS, on February 7, 2024, the Fifth Circuit issued a mandate dismissing the Appeal with prejudice and without costs; and

WHEREAS on February 7, 2024, the Fifth Circuit mandate was docketed in this Court (ECF No. 224);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel, subject to approval of the Court, that the Supersedeas Bond, executed by Travelers Casualty and Surety Company of America and filed in this Court on June 30, 2022, is hereby fully and unconditionally discharged, released and exonerated, and Travelers Casualty and Surety Company of America is released from all past, present and future liability in connection with the issuance of the Supersedeas Bond.

Dated: February 9, 2024

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING, PLLC**

<u>/s/ *Kelsi Stayart White*</u>
Todd W. Mensing
Sammy Ford IV
Kelsi Stayart White
Michael A. Killingsworth
Thomas Frashier
1221 McKinney Street
Suite 2500
Houston, TX 77010
713-600-4983

*Counsel for Plaintiff, Port of Houston Authority of Harris County, Texas*

3

**CRAVATH, SWAINE & MOORE LLP**

<u>/s/ *Lauren A. Moskowitz*</u>
Timothy G. Cameron
Lauren A. Moskowitz
825 Eighth Avenue
New York, NY 10019
212-474-1000

*Counsel for Defendant, Louis Dreyfus Company Houston Export Elevator LLC*

Signed on: February 22, 2024     **SO ORDERED**: ___Drew B Tipton___
                                                                    United States District Judge

## Certificate of Service

I hereby certify the foregoing document has been served on all counsel of record through the Court's electronic filing service.

Date:  February 9, 2024

/s/ *Lauren A. Moskowitz*
Lauren A. Moskowitz
